An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA25-445

Filed 18 February 2026

Bladen County, No. 21CR050847-080

STATE OF NORTH CAROLINA

       v.

BRYAN SENTARIO MCCLEAN, Defendant.

Appeal by defendant from judgment entered 22 May 2024 by Judge Quintin McGee in Superior Court, Bladen County. Heard in the Court of Appeals 18 November 2025.

> *Attorney General Jeff Jackson, by Special Deputy Attorney General Michael Bulleri, for the State.*
>
> *Center for Death Penalty Litigation, by Kailey Morgan, for defendant-appellant.*

STROUD, Judge.

On or about 22 May 2024, the trial court entered a judgment convicting Defendant of first-degree murder. During Defendant's trial, after the jury had rendered its verdict, but before sentencing, Defendant gave oral notice of appeal. However, "[a]n oral notice of appeal given before entry of the final judgment violates Rule 4 [of the Rules of Appellate Procedure] and does not give this Court jurisdiction

to hear the defendant's direct appeal." *State v. Jones*, 296 N.C. App. 512, 515, 909 S.E.2d 373, 376 (2024), *disc. review denied*, ___ N.C. ___, 916 S.E.2d 259 (2025). Unlike in *Jones, see id.*, Defendant here did not file a petition for a writ of certiorari, and thus his case must be dismissed without prejudice for lack of jurisdiction.

DISMISSED.

Chief Judge DILLON and Judge TYSON concur.

Report per Rule 30(e).